UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | ) | NO. 3:10-00076 |
| v. | ) ) | |
| ELMER VIRULA | ) ) | |

**ORDER**

The Government has moved that the Court direct the Clerk's Office to unseal the Indictment in the above-styled case on the basis that the warrant has been executed and there is no further need for the Indictment to remain sealed.

It is therefore ORDERED that the Clerk is directed to unseal the Indictment in the above-styled matter for the reason herein stated.

This 19 day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE